ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Junior Gomez,<br><br>              Petitioner,<br><br>v.<br><br>Unknown Party, *et al.*,<br><br>              Respondents. | No.  CV-25-03255-PHX-JJT (CDB)<br><br>**ORDER** |

      Petitioner Junior Gomez, who is currently in Immigration and Customs Enforcement (ICE) custody, filed through counsel a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) and paid the filing fee. The Court will require an answer to the Petition.

      In his Petition, Petitioner names as Respondents: the Facility Administrator of the Florence Service Processing Center ("John Doe"); John Cantu, Field Office Director of the Phoenix Office of ICE Detention and Removal; Todd M. Lyons, ICE Acting Director; Kristi Noem, Secretary of Homeland Security (DHS); and Pamela Bondi, United States Attorney General.

      Petitioner asserts that he is a native of Honduras, who fled gang violence in that country. Petitioner entered the United States in January 2024, and was apprehended by ICE but released from ICE custody; DHS began removal proceedings. In July 2025, at a status hearing in the Dallas Immigration Court, Petitioner attempted to submit an application for asylum, but was instead re-detained by ICE and placed in expedited removal proceedings.

1  Accordingly, Petitioner asserts that his Fifth Amendments rights have been violated, and
2  that Respondents' actions are in violation of 5 U.S.C. § 702 and § 706.
3      The Court will require Respondents to answer the Petition.
4  **IT IS ORDERED:**
5      (1) Counsel for Petitioner must immediately serve the Petition upon
6  Respondents.
7      (2) If not already issued, the Clerk of Court must immediately issue any properly
8  completed summons.
9      (3) The Clerk of Court must immediately transmit by email a copy of the Petition
10 (Doc. 1), the additional attachments to the Petition (Doc. 5), and this Order to the United
11 States Attorney for the District of Arizona, to the attention of Katherine Branch at
12 katherine.branch@doj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon
13 Leavitt at lon.leavitt@usdoj.gov.
14     (4) Respondents must answer the Petition within twenty (20) days of the date of
15 service.
16     (5) Petitioner may file a reply within ten (10) days from the date of service of
17 the answer.
18     (6) Regarding courtesy copies of documents for chambers, Respondents are
19 directed to review Section II(D) of the Court's Electronic Case Filing Administrative
20 Policies and Procedures Manual, which requires that "a courtesy copy of the filing,
21 referencing the specific document number, shall be printed directly from CM/ECF."
22 CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/
23 sites/default/files/documents/adm%20manual.pdf.
24 . . . .
25 . . . .
26 . . . .
27 . . . .
28 . . . .

TERMPSREF

- 2 -

(7) This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 15th day of September, 2025.

Honorable John J. Tuchi
United States District Judge

**TERMPSREF**

- 3 -